No. 01-14-00992-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 5:58:16 PM
CHRISTOPHER A. PRINE
Clerk

In the First District Court of
Appeals at Houston

**Jordan and Associates,**
Appellant

## V.

**Lisa Wells,**
Appellee

Appeal from the 506th Judicial District Court
Grimes County, Texas, Hon. Albert McCaig, Presiding

## AFFIDAVIT OF JAY R. HARRIS

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this day personally appeared Jay R. Harris, known to me to be the person whose signature appears below, and who stated to me upon oath, as follows:

1.    "My name is Jay R. Harris. I am over 21 years of age, have never been convicted of a felony or a crime of moral turpitude, am of sound mind, and

am otherwise qualified to make this oath and affidavit. I have personal knowledge of the facts stated within this Affidavit, and they are true and correct.

2.      I am of counsel with Walters, Balido & Crain, L.L.P. an attorney-at-law licensed to practice in the State of Texas.  The firm is counsel for Appellant Jordan & Associates ("Jordan") in the above-numbered and styled appeal.  I have directed, overseen, and participated in the creation of the notice of appeal, the brief of Jordan on the merits, and the reply brief.  I am therefore familiar with the above-numbered and styled matter, the date the trial court signed the order denying Jordan's motion to dismiss under Chapter 150, the date the order was file stamped, and the date the notice of appeal was filed.

3.      I miscalculated the date necessary to file the notice of appeal.

Further affiant sayeth not."

Jay R. Harris
Jay R. Harris


SWORN TO AND SUBSCRIBED BEFORE ME this ⅛th day of May, 2015.


NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: __7·24·15__



JANET DILDINE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 07/24/2015